**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Center for Biological Diversity,<br><br>PLAINTIFF(S)<br>v.<br><br>Debra Haaland, et al.,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>2:22-cv-00555-RSWL-ASx<br><br>**ORDER RETURNING CASE<br>FOR REASSIGNMENT** |

IT IS ORDERED that the above-entitled case is hereby returned to the Clerk for random reassignment pursuant to the provisions of General Order 21-01.

January 28, 2022    /s/ RONALD S.W. LEW
Date                United States District Judge

**NOTICE TO COUNSEL FROM CLERK**

This case has been reassigned to Judge ___Percy Anderson___ for all further proceedings. On all documents subsequently filed in this case, please substitute the initials ___PA___ after the case number in place of the initials of the prior judge so that the case number will read ___2:22-cv-00555 PA(ASx)___. This is very important because documents are routed to the assigned judge by means of the initials.

cc:  ☐ Previous Judge    ☐ Statistics Clerk

CV-89 (03/21)          ORDER RETURNING CASE FOR REASSIGNMENT