Kristen Monsell (CA Bar No. 304793)
Email: kmonsell@biologicaldiversity.org
Miyoko Sakashita (CA Bar No. 239639)
Email: miyoko@biologicaldiversity.org
Emily Jeffers (CA Bar No. 274222)
Email: ejeffers@biologicaldiversity.org
CENTER FOR BIOLOGICAL DIVERSITY
1212 Broadway, Suite 800
Oakland, CA 94612
Phone: (510) 844-7137
Fax: (510) 844-7150

*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, | |
| *Plaintiff,* | Case No. 2:22-cv-00555-PA-AS |
| v. | **PROOF OF SERVICE OF SUMMONS, COMPLAINT, AND OTHER DOCUMENTS** |
| DEBRA HAALAND, Secretary of the Interior; BUREAU OF OCEAN ENERGY MANAGEMENT; BUREAU OF SAFETY AND ENVIRONMENTAL ENFORCEMENT; GINA RAIMONDO, Secretary of Commerce; NATIONAL MARINE FISHERIES SERVICE, | |
| *Defendants.* | |

Plaintiff, by and through the undersigned counsel, respectfully certifies that service for the above-captioned case took place as described below, which included true and correct copies of each of the following documents:

ECF 1          Complaint
ECF 2          Civil Cover Sheet
ECF 3          Corporate Disclosure Statement
ECF 5          Notice of Case Assignment
ECF 6          Notice of Court-Directed ADR Program
ECF 7          Notice Re Consent to Proceed Before Magistrate Judge
ECF 8 to 14    Issued Summonses

On January 29, 2022, the above-listed documents were sent by certified mail, electronic return receipt requested, to the following parties and entities:

Debra Haaland, Secretary
U.S. Department of the Interior
1849 C Street, N.W.
Washington DC 20240

Bureau of Ocean Energy Management
1849 C Street, N.W.
Washington DC 20240

Bureau of Safety and Environmental Enforcement
1849 C Street, N.W.
Washington DC 20240

Gina Raimondo, Secretary
U.S. Department of Commerce
1401 Constitution Ave NW
Washington, DC 20230

National Marine Fisheries Service
1315 East-West Highway
Silver Spring, MD 20910

Civil Process Clerk
U.S. Attorney's Office
Federal Building
300 N. Los Angeles Street, Suite 7516
Los Angeles, CA 90012

Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

The U.S. Attorney's Office received the above-listed documents on January 31, 2022.  Secretary Haaland and the Bureau of Safety and Environmental Enforcement received the above-listed documents on February 1, 2022. The National Marine Fisheries Service received the above-listed documents on February 3, 2022.  Secretary Raimondo received the above-listed documents on February 4, 2022.  The Attorney General received the above-listed documents on February 7, 2022.  Receipts and delivery confirmation are attached as Exhibit A.

The documents that were mailed to the Bureau of Ocean Energy Management on January 29, 2022, have not been delivered (Exhibit B).  Therefore, these documents (ECF Nos. 1–3, 5–7, 9) were mailed a second time to the agency on February 23, 2022, by certified mail, electronic return receipt requested.  The Bureau of Ocean Energy Management received the documents on March 3, 2022.  Receipts and delivery confirmation from this second mailing are attached as Exhibit C.

On February 2, 2022, additional documents were sent to the above-listed parties and entities by U.S. Postal Service priority mail, which included true and correct copies of the following:

| | |
|---|---|
| ECF 15 | Order Returning Case for Reassignment |
| ECF 16 | Standing Order for Judge Percy Anderson |

Secretary Haaland and the Bureau of Ocean Energy Management received the additional documents on February 4, 2022. The National Marine Fisheries Service received the additional documents on February 5, 2022.  Secretary Raimondo, the Bureau of Safety and Environmental Enforcement, the U.S. Attorney's Office, and the Attorney General received the additional documents on February 7, 2022.  Delivery confirmations are attached as Exhibit D.

Dated: March 3, 2022                    Respectfully submitted,

                                        s/ *Kristen Monsell*
                                        Kristen Monsell (CA Bar No. 304793)

Email: kmonsell@biologicaldiversity.org
Miyoko Sakashita (CA Bar No. 239639)
Email: miyoko@biologicaldiversity.org
Emily Jeffers (CA Bar No. 274222)
Email: ejeffers@biologicaldiversity.org
CENTER FOR BIOLOGICAL DIVERSITY
1212 Broadway, Suite 800
Oakland, CA 94612
Phone: (510) 844-7137
Fax: (510) 844-7150

*Attorneys for Plaintiff*

# Exhibit A



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Washington, DC 20240

Certified Mail Fee $3.75
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $ $0.00
☑ Return Receipt (electronic) $ $1.85
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $
Postage $9.85
Total Postage and Fees $15.45

Postmark Here
01/29/2022

Sent To Debra Haaland, Dept. of Interior
Street and Apt. No., or PO Box No. 1849 C St. NW
City, State, ZIP+4 Washington, DC 20240

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7021 2720 0001 0701 0950

---



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Washington, DC 20240

Certified Mail Fee $3.75
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $ $0.00
☑ Return Receipt (electronic) $ $1.85
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $
Postage $9.85
Total Postage and Fees $15.45

Postmark Here
01/29/2022

Sent To BOEM
Street and Apt. No., or PO Box No. 1849 C St. NW
City, State, ZIP+4 Washington, DC 20240

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7021 2720 0001 0701 0967

---



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Washington, DC 20240

Certified Mail Fee $3.75
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $ $0.00
☑ Return Receipt (electronic) $ $1.85
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $
Postage $9.85
Total Postage and Fees $15.45

Postmark Here
JAN 29 2022

Sent To BSEE
Street and Apt. No., or PO Box No. 1849 C St. NW
City, State, ZIP+4 Washington, DC 20240

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7021 2720 0001 0701 0974

---



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Washington, DC 20230

Certified Mail Fee $3.75
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $ $0.00
☑ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $
Postage $9.85
Total Postage and Fees $15.45

Postmark Here
JAN 29 2022

Sent To Gina Raimondo, Dept. of Commerce
Street and Apt. No., or PO Box No. 1401 Constitution Ave NW
City, State, ZIP+4 Washington, DC 20230

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7021 2720 0001 0701 0981





**UNITED STATES POSTAL SERVICE**

February 1, 2022

Dear Cynthia Elkins:

The following is in response to your request for proof of delivery on your item with the tracking number:
**7021 2720 0001 0701 1018**.

| Item Details | |
|---|---|
| **Status:** | Delivered, Front Desk/Reception/Mail Room |
| **Status Date / Time:** | January 31, 2022, 1:44 pm |
| **Location:** | LOS ANGELES, CA 90012 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $50 insurance included |

| Shipment Details | |
|---|---|
| **Weight:** | 8.0oz |

| Destination Delivery Address | |
|---|---|
| **Street Address:** | 300 N LOS ANGELES ST STE 7516 |
| **City, State ZIP Code:** | LOS ANGELES, CA 90012-3341 |

**Recipient Signature**

Signature of Recipient:  *C-19 wa, 252  C Ve/62*

Address of Recipient:  *300 IA USA*

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

**UNITED STATES POSTAL SERVICE**

February 1, 2022

Dear Cynthia Elkins:

The following is in response to your request for proof of delivery on your item with the tracking number: **7021 2720 0001 0701 0950**.

| Item Details | |
| --- | --- |
| **Status:** | Delivered, Front Desk/Reception/Mail Room |
| **Status Date / Time:** | February 1, 2022, 12:44 pm |
| **Location:** | WASHINGTON, DC 20560 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $50 insurance included |

| Shipment Details | |
| --- | --- |
| **Weight:** | 8.0oz |

**Recipient Signature**

Signature of Recipient: *CORVIG CORVIS*

Address of Recipient: *[signature]*

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

**UNITED STATES
POSTAL SERVICE**

February 1, 2022

Dear Cynthia Elkins:

The following is in response to your request for proof of delivery on your item with the tracking number:
**7021 2720 0001 0701 0974**.

| Item Details | |
| --- | --- |
| **Status:** | Delivered, Front Desk/Reception/Mail Room |
| **Status Date / Time:** | February 1, 2022, 12:44 pm |
| **Location:** | WASHINGTON, DC 20560 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $50 insurance included |

| Shipment Details | |
| --- | --- |
| **Weight:** | 8.0oz |

| Recipient Signature |
| --- |

| | |
| --- | --- |
| Signature of Recipient: | CORVIA CORVIS |
| Address of Recipient: | |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

**UNITED STATES POSTAL SERVICE**

February 3, 2022

Dear Cynthia Elkins:

The following is in response to your request for proof of delivery on your item with the tracking number:
**7021 2720 0001 0701 0998**.

| Item Details | |
| --- | --- |
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | February 3, 2022, 8:05 am |
| **Location:** | SILVER SPRING, MD 20910 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $50 insurance included |

| Shipment Details | |
| --- | --- |
| **Weight:** | 8.0oz |

| Destination Delivery Address | |
| --- | --- |
| **Street Address:** | 1315 E WEST HWY |
| **City, State ZIP Code:** | SILVER SPRING, MD 20910-6233 |

**Recipient Signature**

Signature of Recipient:

Address of Recipient: 1315 E W

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

**UNITED STATES**
**POSTAL SERVICE**

February 4, 2022

Dear Cynthia Elkins:

The following is in response to your request for proof of delivery on your item with the tracking number:
**7021 2720 0001 0701 0981**.

| Item Details | |
|---|---|
| **Status:** | Delivered, Front Desk/Reception/Mail Room |
| **Status Date / Time:** | February 4, 2022, 11:40 am |
| **Location:** | WASHINGTON, DC 20230 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $50 insurance included |

| Shipment Details | |
|---|---|
| **Weight:** | 8.0oz |

**Recipient Signature**

Signature of Recipient: *RHD RHD*

Address of Recipient: *2030*

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

**UNITED STATES POSTAL SERVICE**

February 7, 2022

Dear Cynthia Elkins:

The following is in response to your request for proof of delivery on your item with the tracking number:
**7021 2720 0001 0701 1001**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Individual Picked Up at Postal Facility |
| **Status Date / Time:** | February 7, 2022, 4:49 am |
| **Location:** | WASHINGTON, DC 20530 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $50 insurance included |

## Shipment Details

| | |
|---|---|
| **Weight:** | 8.0oz |

## Recipient Signature



Signature of Recipient:

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

# Exhibit B

# USPS Tracking®

### Track Another Package  +

**Tracking Number:** 70212720000107010967

Remove ✕

Your item arrived at the Post Office at 7:36 am on February 7, 2022 in WASHINGTON, DC 20018.

**USPS Tracking Plus® Available** ∨

## Arrived at Post Office

February 7, 2022 at 7:36 am
WASHINGTON, DC 20018

Feedback

**Get Updates** ∨

---

**Text & Email Updates**                                                    ∨

---

**Return Receipt Electronic**                                               ∨

---

**Tracking History**                                                        ∧

**February 7, 2022, 7:36 am**
Arrived at Post Office
WASHINGTON, DC 20018

Your item arrived at the Post Office at 7:36 am on February 7, 2022 in WASHINGTON, DC 20018.

---

**February 7, 2022, 1:16 am**
Departed USPS Regional Destination Facility
WASHINGTON DC DISTRIBUTION CENTER

---

**February 5, 2022, 5:16 pm**
Arrived at USPS Regional Destination Facility
WASHINGTON DC DISTRIBUTION CENTER

---

**February 4, 2022, 10:10 am**
Arrived at USPS Facility
WASHINGTON, DC 20016

---

**February 4, 2022, 1:26 am**
Departed USPS Regional Destination Facility
WASHINGTON DC DISTRIBUTION CENTER

---

**February 4, 2022, 1:26 am**
Arrived at USPS Regional Destination Facility
WASHINGTON DC DISTRIBUTION CENTER

---

**February 2, 2022**
In Transit to Next Facility

---

**January 29, 2022, 10:54 pm**
Arrived at USPS Regional Origin Facility
BIRMINGHAM AL DISTRIBUTION CENTER ANNEX

---

**January 29, 2022, 6:46 pm**
Departed Post Office
ATHENS, AL 35611

---

Feedback

**January 29, 2022, 11:50 am**
USPS in possession of item
ATHENS, AL 35611

---

USPS Tracking Plus®                                    ⌄

Product Information                                    ⌄

See Less ⌃

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback

# Exhibit C



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Washington, DC 20240

| Certified Mail Fee | $3.75 | |
| Extra Services & Fees (check box, add fee as appropriate) | $0.00 | |
| ☐ Return Receipt (hardcopy) | $1.85 | |
| ☑ Return Receipt (electronic) | $0.00 | Postmark Here |
| ☐ Certified Mail Restricted Delivery | $0.00 | |
| ☐ Adult Signature Required | $0.00 | |
| ☐ Adult Signature Restricted Delivery | | |
| Postage | $9.85 | |
| Total Postage and Fees | $15.45 | |

02/23/2022

Sent To  BOEM

Street and Apt. No., or PO Box No.  849 C St. NW

City, State, ZIP+4®  Washington, DC 20240

PS Form 3800, April 2015 PSN 7530-02-000-9047     See Reverse for Instructions

7021 2720 0001 0701 1049

**UNITED STATES**
**POSTAL SERVICE**

March 3, 2022

Dear Cynthia Elkins:

The following is in response to your request for proof of delivery on your item with the tracking number:
**7021 2720 0001 0701 1049**.

| Item Details | |
|---|---|
| **Status:** | Delivered, Front Desk/Reception/Mail Room |
| **Status Date / Time:** | March 3, 2022, 11:20 am |
| **Location:** | WASHINGTON, DC 20240 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $50 insurance included |

| Shipment Details | |
|---|---|
| **Weight:** | 8.0oz |

| Recipient Signature |
|---|

Signature of Recipient: *Simmons*
*Simmons*

Address of Recipient: *20240*

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

# Exhibit D

USPS.com® - USPS Tracking® Results

# USPS Tracking®

FAQs >

## Track Another Package  +

**Tracking Number:** 42020240950551233531203472377

Remove ✕

Your item was delivered to the front desk, reception area, or mail room at 12:36 pm on February 4, 2022 in WASHINGTON, DC 20240.

**USPS Tracking Plus™ Available** ⌄

Feedback

## ✅ Delivered, Front Desk/Reception/Mail Room

February 4, 2022 at 12:36 pm
WASHINGTON, DC 20240

**Get Updates** ⌄

---

**Text & Email Updates** ⌄

---

**Tracking History** ⌃

**February 4, 2022, 12:36 pm**
Delivered, Front Desk/Reception/Mail Room
WASHINGTON, DC 20240
Your item was delivered to the front desk, reception area, or mail room at 12:36 pm on February 4, 2022 in WASHINGTON, DC 20240.

---

February 4, 2022, 9:35 am
Arrived at Post Office
WASHINGTON, DC 20018

February 4, 2022, 1:26 am
Departed USPS Regional Destination Facility
WASHINGTON DC DISTRIBUTION CENTER

February 4, 2022, 1:26 am
Arrived at USPS Regional Destination Facility
WASHINGTON DC DISTRIBUTION CENTER

February 3, 2022, 2:05 am
Departed USPS Regional Origin Facility
BIRMINGHAM AL DISTRIBUTION CENTER ANNEX

February 3, 2022, 12:15 am
Arrived at USPS Regional Origin Facility
BIRMINGHAM AL DISTRIBUTION CENTER ANNEX

February 2, 2022, 4:31 pm
Departed Post Office
ROGERSVILLE, AL 35652

February 2, 2022, 4:25 pm
USPS in possession of item
ROGERSVILLE, AL 35652

**USPS Tracking Plus™**                                             ⌄

**Product Information**                                             ⌄

**See Less** ⌃

# USPS Tracking®

**FAQs** >

### Track Another Package +

**Tracking Number:** 420202409505512335312033472360

Remove ✕

Your item was delivered to the front desk, reception area, or mail room at 12:36 pm on February 4, 2022 in WASHINGTON, DC 20240.

**USPS Tracking Plus™ Available** ⌄

Feedback

### ✓ Delivered, Front Desk/Reception/Mail Room

February 4, 2022 at 12:36 pm
WASHINGTON, DC 20240

**Get Updates** ⌄

───────────────────────────────────

**Text & Email Updates**                                              ⌄

───────────────────────────────────

**Tracking History**                                                  ⌃

**February 4, 2022, 12:36 pm**
Delivered, Front Desk/Reception/Mail Room
WASHINGTON, DC 20240
Your item was delivered to the front desk, reception area, or mail room at 12:36 pm on February 4, 2022 in WASHINGTON, DC 20240.

**February 4, 2022, 9:35 am**
Arrived at Post Office
WASHINGTON, DC 20018

**February 4, 2022, 2:52 am**
Departed USPS Regional Destination Facility
WASHINGTON DC DISTRIBUTION CENTER

**February 4, 2022, 1:27 am**
Arrived at USPS Regional Destination Facility
WASHINGTON DC DISTRIBUTION CENTER

**February 3, 2022, 12:15 am**
Arrived at USPS Regional Origin Facility
BIRMINGHAM AL DISTRIBUTION CENTER ANNEX

**February 2, 2022, 4:31 pm**
Departed Post Office
ROGERSVILLE, AL 35652

**February 2, 2022, 4:25 pm**
USPS in possession of item
ROGERSVILLE, AL 35652

Feedback

**USPS Tracking Plus™**  ∨

**Product Information**  ∨

**See Less** ∧

# Can't find what you're looking for?

# USPS Tracking®

**FAQs** >

## Track Another Package +

**Tracking Number:** 4202091095055123353312033472339

Remove ✕

Your item was delivered at the front door or porch at 9:19 am on February 5, 2022 in SILVER SPRING, MD 20910.

**USPS Tracking Plus™ Available** ⌄

## ✓ Delivered, Front Door/Porch

February 5, 2022 at 9:19 am
SILVER SPRING, MD 20910

**Get Updates** ⌄

Feedback

---

**Text & Email Updates** ⌄

---

**Tracking History** ⌃

**February 5, 2022, 9:19 am**
Delivered, Front Door/Porch
SILVER SPRING, MD 20910
Your item was delivered at the front door or porch at 9:19 am on February 5, 2022 in SILVER SPRING, MD 20910.

---

**February 5, 2022, 8:39 am**
Out for Delivery
SILVER SPRING, MD 20910

**February 5, 2022, 8:28 am**
Arrived at Post Office
SILVER SPRING, MD 20910

**February 5, 2022, 5:31 am**
Arrived at USPS Regional Facility
GAITHERSBURG MD DISTRIBUTION CENTER

**February 5, 2022, 3:53 am**
Departed USPS Regional Facility
WASHINGTON DC NETWORK DISTRIBUTION CENTER

**February 5, 2022, 2:51 am**
Arrived at USPS Regional Destination Facility
WASHINGTON DC NETWORK DISTRIBUTION CENTER

Feedback

**February 4, 2022**
In Transit to Next Facility

**February 3, 2022, 12:15 am**
Arrived at USPS Regional Origin Facility
BIRMINGHAM AL DISTRIBUTION CENTER ANNEX

**February 2, 2022, 4:31 pm**
Departed Post Office
ROGERSVILLE, AL 35652

**February 2, 2022, 4:25 pm**
USPS in possession of item
ROGERSVILLE, AL 35652

# USPS Tracking®

## Track Another Package ✛

**Tracking Number:** 4202023095055123353312033472346

Remove ✕

Your item was delivered to the front desk, reception area, or mail room at 6:51 am on February 7, 2022 in WASHINGTON, DC 20230.

**USPS Tracking Plus™ Available** ⌄

## ✅ Delivered, Front Desk/Reception/Mail Room

February 7, 2022 at 6:51 am
WASHINGTON, DC 20230

**Get Updates** ⌄

Feedback

---

### Text & Email Updates    ⌄

---

### Tracking History    ⌃

**February 7, 2022, 6:51 am**
Delivered, Front Desk/Reception/Mail Room
WASHINGTON, DC 20230
Your item was delivered to the front desk, reception area, or mail room at 6:51 am on February 7, 2022 in WASHINGTON, DC 20230.

---

**February 5, 2022, 12:14 pm**
Available for Pickup
WASHINGTON, DC 20230

---

**February 5, 2022, 11:59 am**
Out for Delivery
WASHINGTON, DC 20018

---

**February 5, 2022, 11:48 am**
Arrived at Post Office
WASHINGTON, DC 20018

---

**February 4, 2022, 10:30 am**
Forwarded
WASHINGTON, DC

---

**February 4, 2022, 5:53 am**
Arrived at Post Office
WASHINGTON, DC 20018

---

**February 4, 2022, 2:14 am**
Departed USPS Regional Destination Facility
WASHINGTON DC DISTRIBUTION CENTER

---

**February 4, 2022, 1:26 am**
Arrived at USPS Regional Destination Facility
WASHINGTON DC DISTRIBUTION CENTER

---

**February 3, 2022, 12:15 am**
Arrived at USPS Regional Origin Facility
BIRMINGHAM AL DISTRIBUTION CENTER ANNEX

---

**February 2, 2022, 4:31 pm**
Departed Post Office
ROGERSVILLE, AL 35652

---

Feedback

**February 2, 2022, 4:25 pm**
USPS in possession of item
ROGERSVILLE, AL 35652

---

USPS Tracking Plus™                                                    ⌄

Product Information                                                    ⌄

**See Less ⌃**

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback

# USPS Tracking®

FAQs >

## Track Another Package +

**Tracking Number:** 420202409505512335312033472353

Remove ✕

Your item was delivered to the front desk, reception area, or mail room at 8:02 am on February 7, 2022 in WASHINGTON, DC 20240.

**USPS Tracking Plus™ Available** ⌄

✅ **Delivered, Front Desk/Reception/Mail Room**

February 7, 2022 at 8:02 am
WASHINGTON, DC 20240

**Get Updates** ⌄

Feedback

---

**Text & Email Updates** ⌄

---

**Tracking History** ⌃

**February 7, 2022, 8:02 am**
Delivered, Front Desk/Reception/Mail Room
WASHINGTON, DC 20240
Your item was delivered to the front desk, reception area, or mail room at 8:02 am on February 7, 2022 in WASHINGTON, DC 20240.

---

**February 5, 2022, 12:13 pm**
Available for Pickup
WASHINGTON, DC 20240

**February 5, 2022, 11:50 am**
Arrived at Post Office
WASHINGTON, DC 20018

**February 4, 2022, 7:19 pm**
Departed USPS Regional Destination Facility
WASHINGTON DC DISTRIBUTION CENTER

**February 4, 2022, 1:27 am**
Arrived at USPS Regional Destination Facility
WASHINGTON DC DISTRIBUTION CENTER

**February 3, 2022, 12:15 am**
Arrived at USPS Regional Origin Facility
BIRMINGHAM AL DISTRIBUTION CENTER ANNEX

**February 2, 2022, 4:31 pm**
Departed Post Office
ROGERSVILLE, AL 35652

**February 2, 2022, 4:25 pm**
USPS in possession of item
ROGERSVILLE, AL 35652

Feedback

## USPS Tracking Plus™                                    ⌄

## Product Information                                     ⌄

**See Less** ⌃

# USPS Tracking®

**FAQs** ›

## Track Another Package ✛

**Tracking Number:** 420900129505512335312033472315

**Remove ✕**

Your item was delivered to the front desk, reception area, or mail room at 1:54 pm on February 7, 2022 in LOS ANGELES, CA 90012.

**USPS Tracking Plus™ Available** ⌄

✅ **Delivered, Front Desk/Reception/Mail Room**

February 7, 2022 at 1:54 pm
LOS ANGELES, CA 90012

**Get Updates** ⌄

---

| Text & Email Updates | ⌄ |
|---|---|

---

| Tracking History | ⌃ |
|---|---|

**February 7, 2022, 1:54 pm**
Delivered, Front Desk/Reception/Mail Room
LOS ANGELES, CA 90012
Your item was delivered to the front desk, reception area, or mail room at 1:54 pm on February 7, 2022 in LOS ANGELES, CA 90012.

---

Feedback

**February 7, 2022, 7:18 am**
Out for Delivery
LOS ANGELES, CA 90012

**February 7, 2022, 7:07 am**
Arrived at Post Office
LOS ANGELES, CA 90012

**February 6, 2022**
In Transit to Next Facility

**February 3, 2022, 12:15 am**
Arrived at USPS Regional Origin Facility
BIRMINGHAM AL DISTRIBUTION CENTER ANNEX

**February 2, 2022, 4:31 pm**
Departed Post Office
ROGERSVILLE, AL 35652

**February 2, 2022, 4:25 pm**
USPS in possession of item
ROGERSVILLE, AL 35652

Feedback

**USPS Tracking Plus™** ⌄

**Product Information** ⌄

**See Less** ∧

# Can't find what you're looking for?

# USPS Tracking®

## Track Another Package +

**Tracking Number:** 4202053095055123353120334 72322

Remove ✕

Your item was picked up at a postal facility at 4:49 am on February 7, 2022 in WASHINGTON, DC 20530.

**USPS Tracking Plus™ Available** ⌄

Feedback

## ✅ Delivered, Individual Picked Up at Postal Facility

February 7, 2022 at 4:49 am
WASHINGTON, DC 20530

**Get Updates** ⌄

**Text & Email Updates** ⌄

**Tracking History** ⌃

**February 7, 2022, 4:49 am**
Delivered, Individual Picked Up at Postal Facility
WASHINGTON, DC 20530
Your item was picked up at a postal facility at 4:49 am on February 7, 2022 in WASHINGTON, DC 20530.

**February 5, 2022, 11:52 am**
Available for Pickup
WASHINGTON, DC 20530

---

**February 5, 2022, 9:52 am**
Out for Delivery
WASHINGTON, DC 20018

---

**February 5, 2022, 9:41 am**
Arrived at Post Office
WASHINGTON, DC 20018

---

**February 4, 2022, 10:30 am**
Forwarded
WASHINGTON, DC

---

**February 4, 2022, 6:00 am**
Arrived at Post Office
WASHINGTON, DC 20018

---

**February 4, 2022, 1:42 am**
Arrived at USPS Regional Destination Facility
WASHINGTON DC DISTRIBUTION CENTER

---

**February 3, 2022, 12:15 am**
Arrived at USPS Regional Origin Facility
BIRMINGHAM AL DISTRIBUTION CENTER ANNEX

---

**February 2, 2022, 4:31 pm**
Departed Post Office
ROGERSVILLE, AL 35652

---

**February 2, 2022, 4:25 pm**
USPS in possession of item
ROGERSVILLE, AL 35652

---

Feedback