TODD KIM, Assistant Attorney General
S. JAY GOVINDAN, Section Chief
MEREDITH L. FLAX, Deputy Section Chief
COBY HOWELL, Senior Trial Attorney
ASTRID STUTH CEVALLOS, Trial Attorney
Environment & Natural Resources Division
United States Department of Justice
Wildlife & Marine Resources Section
Benjamin Franklin Station, P.O. Box 7611
Washington, DC 20044-7611
Tel: (202) 305-5751
Fax: (202) 305-0275
Email: astrid.cevallos@usdoj.gov

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, | No. 2:22-cv-555 |
| *Plaintiff*, | |
| v. | Hon. Sherilyn Peace Garnett |
| DEBRA HAALAND, Secretary of the Interior, *et al.*, | **JOINT STIPULATION FOR VOLUNTARY DISMISSAL OF CLAIMS AND ENLARGEMENT OF TIME REGARDING MOTION FOR ATTORNEYS' FEES AND COSTS** |
| *Defendants*. | |

Plaintiff Center for Biological Diversity and Defendants Debra Haaland, in her official capacity as Secretary of the Interior; the Bureau of Ocean Energy Management ("BOEM"); the Bureau of Safety and Environmental Enforcement ("BSEE"); Gina Raimondo, in her official capacity as Secretary of Commerce; and

the National Marine Fisheries Service ("Service") (collectively, "the Parties")
hereby agree and stipulate as follows:

WHEREAS, on January 26, 2022, Plaintiff filed a Complaint alleging that
the agencies' determinations in the 2017 consultation that offshore oil and gas
activities on the Pacific Outer Continental Shelf off California are not likely to
adversely affect ESA listed species violate the Endangered Species Act ("ESA")
and Administrative Procedure Act ("APA") and that the agencies' failure to
reinitiate consultation regarding the impacts of offshore oil and gas activities on
the Pacific Outer Continental Shelf off California on ESA listed species also
violates the ESA and APA. ECF 1.

WHEREAS, on August 24, 2022, the Parties filed a Stipulated Agreement to
Stay Case ("Stipulated Agreement"), ECF 26, which the Court entered as an Order
on August 26, 2022, ECF 27.

WHEREAS, BOEM and BSEE sent an initial consultation package to
NMFS on February 27, 2023, and sent updated consultation packages to NMFS on
July 14, 2023, and September 1, 2023, after collaborating with NMFS on
additional needed information and clarification.

WHEREAS, NMFS determined that the September 1, 2023, updated
consultation package was complete and acknowledged the initiation of consultation
on September 11, 2023.

WHEREAS, on February 27, 2024, NMFS concluded the consultation.

WHEREAS, if Defendants consulted in accordance with this Stipulated
Agreement, the Parties agreed to "promptly stipulate to the dismissal of Plaintiff's
claims in this litigation with prejudice," ECF 26 ¶ 7.

WHEREAS, the Parties agree that Defendants have acted in accordance with
the Stipulated Agreement.

WHEREAS, Plaintiff intends to file a motion for recovery of its attorney
fees and costs incurred in this litigation pursuant to 16 U.S.C. § 1540(g)(4) and

STIPULATION RE VOLUNTARY DISMISSAL
AND ATTORNEY FEE MOTION DEADLINES
*Center for Biological Diversity v. Haaland, et al.*, 2:22-cv-555-SPG-AS

2

Local Rule 54-7 and further intends to confer with Defendants regarding its claim for attorneys' fees and costs in advance of filing its motion.

WHEREAS, in order to allow the parties additional time to confer regarding Plaintiff's request for recovery of attorneys' fees and costs, the parties wish to enlarge the time allowed under applicable rules to file the motion for attorneys' fees and costs and to enlarge the response and reply deadlines.

WHEREAS, by entering into this stipulation, neither party waives any rights, claims, or defenses relating to Plaintiff's claims for attorneys' fees and costs.

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:

1. Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff's claims alleged in its Complaint, ECF 1, are hereby voluntarily dismissed with prejudice.

2. Pursuant to Local Rule 7-1, the Parties stipulate that the deadline for Plaintiff to file its motion for attorneys' fees and costs pursuant to Local Rule 54-7 shall be June 10, 2024; Defendants' response shall be due on July 10, 2024; and Plaintiff's reply shall be due on August 9, 2024.

Accordingly, the Parties respectfully request that the Court dismiss Plaintiff's claims with prejudice and enter their Proposed Order.

DATED: March 8, 2024

TODD KIM, Assistant Attorney General
S. JAY GOVINDAN, Section Chief
MEREDITH L. FLAX, Deputy Section Chief
COBY HOWELL, Senior Trial Attorney

*/s/ Astrid Stuth Cevallos*
ASTRID STUTH CEVALLOS, Trial Attorney
Environment & Natural Resources Division
United States Department of Justice
Wildlife & Marine Resources Section
Benjamin Franklin Station, P.O. Box 7611

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Washington, DC 20044-7611
Tel: (202) 305-5751
Fax: (202) 305-0275
Email: astrid.cevallos@usdoj.gov

*Attorneys for Defendants*

*/s/ Miyoko Sakashita*
Miyoko Sakashita (CA Bar No. 239639)
Email: miyoko@biologicaldiversity.org
Emily Jeffers (CA Bar No. 274222)
Email: ejeffers@biologicaldiversity.org
Kristen Monsell (CA Bar No. 304793)
Email: kmonsell@biologicaldiversity.org
CENTER FOR BIOLOGICAL DIVERSITY
1212 Broadway, Suite 800
Oakland, CA 94612
Phone: (510) 844-7137
Fax: (510) 844-7150

*Attorneys for Plaintiff*

STIPULATION RE VOLUNTARY DISMISSAL
AND ATTORNEY FEE MOTION DEADLINES
*Center for Biological Diversity v. Haaland, et al.*, 2:22-cv-555-SPG-AS

4

1

## **CERTIFICATE OF SERVICE**

2   I hereby certify that I caused the foregoing to be served upon counsel of

3 record through the CM/ECF electronic filing system.

4

5         */s/ Astrid Stuth Cevallos*
          ASTRID STUTH CEVALLOS

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION RE VOLUNTARY DISMISSAL
AND ATTORNEY FEE MOTION DEADLINES      5
*Center for Biological Diversity v. Haaland, et al.*, 2:22-cv-555-SPG-AS